HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABINET ONKISO,<br><br>    Defendant. | No. CR22-106-RSL<br><br>ORDER REVOKING PAYBACK<br>ORDER (Dkt. No. 18) |

    Abinet Onkiso, through counsel, brings this motion to revoke the payback order entered under Docket Number 18. That order required Mr. Onkiso to pay $500 per month for public defense services based on his current financial circumstances at the time. The Court is satisfied that circumstances have changed to justify cancelling the payback order. Mr. Onkiso has agreed to pay $200,277.00 in restitution. Additionally, Mr. Onkiso's bank accounts have been closed since his change of plea. With sentencing scheduled for November 30, 2023, the Court is satisfied that no additional payments for public defense services are necessary. Accordingly, the Court GRANTS the defendant's motion and the payback order, entered under Docket Number 18, is hereby revoked.

    DATED THIS 2nd day of October, 2023.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Mr. Onkiso

ORDER OF THE COURT
(*US. v. Onkiso,* CR22-106-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100