JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-106-RSL |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER TO SEAL EXHIBIT 13 |
| ABINET ONKISO, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant to file Exhibit 13 to Defendant's Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 13 be filed under seal.

DATED this 30th day of November 2023.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Abinet Onkiso

ORDER TO SEAL EXHIBIT 13
(*U.S. v. Onkiso*, CR22-106-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100